IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              4:03CR00283-02-WRW

LARRY STEVEN BENSON

## ORDER

Pending is a motion (Doc. No. 194) filed by the United States of America and the Director of the Federal Bureau of Prisons under 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of Defendant Larry Steven Benson to time served, and the immediate commencement of a five-year term of supervised release previously imposed. The Court finds:

1. Defendant pled guilty to violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine.

2. He was sentenced on February 4, 2005, in the United States District Court for the Eastern District of Arkansas to a 94-month term of imprisonment followed by a 5-year term of supervised release.

3. Defendant's projected release date is November 7, 2012, via Good Conduct Time, but he may not survive to that date.

4. Defendant, age 48, suffers from end-stage renal disease and continued dialysis is problematic because of limited vascular access. He also suffers from severe, persistently symptomatic, multi-vessel coronary artery disease, and chronic obstructive pulmonary disease (COPD). His condition is non-operable due to his other complicating medical conditions and impaired lung function. His co-morbid conditions include hyperlipidemia, hypothyroidism, anemia, and chronic hepatitis C viral infection. He has sustained right leg above-the knee

amputation due to gangrene, and is vulnerable to subsequent amputations.  He is currently intubated and is assessed as critically ill.

     5.  Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Bureau of Prisons contends, and this Court agrees, that Defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

## CONCLUSION

     The motion (Doc. No. 194) is GRANTED. Accordingly, Defendant's term of imprisonment is reduced to TIME SERVED. Defendant will be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.  Once released from the custody of the Federal Bureau of Prisons, Defendant will begin serving the five-year term of supervised release previously imposed.

     IT IS SO ORDERED, this 27th day of December, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT COURT